IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        v.

PAUL J. PETERS

)
)
) Criminal No. 03-37 Erie
)
)

## O R D E R

AND NOW, to wit, this ___28th___ day of June, 2005, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Troopers of the Pennsylvania State Police shall forthwith destroy the following weapons:

(a)  Remington 20 gauge shotgun, serial number A957752U;

(b)  Warner Arms revolver, serial number 277;

(c)  Sterling Arms .380 caliber Mark II semi-automatic pistol, serial number G065391 with magazine.

_Maurice A. Cohill, Jr._

SENIOR UNITED STATES DISTRICT JUDGE

cc:  United States Attorney